United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-10304-mdc |
|---|---|
| Ousmane Timera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: 138OBJ | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ousmane Timera, 6534 Dorel Street, Philadelphia, PA 19142-2815 |
| 14259518 | + | Apothaker & Assoc., 520 Fellowship Road Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14331887 | | BANK OF AMERICA, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14570700 | + | Bank of America NA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14259522 | + | Frederick Weinberg, 375 E Elm Street, Conshohocken, PA 19428-1973 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2023 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2023 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14302306 | | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 13 2023 23:47:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14570519 | ^ | MEBN | Sep 13 2023 23:45:04 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14338803 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2023 23:47:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14259519 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2023 23:47:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14259520 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2023 23:47:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14301826 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 13 2023 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14259521 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2023 23:48:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14287381 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2023 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14287792 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2023 23:48:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14259523 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 13 2023 23:47:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14317814 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2023 00:02:52 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-10304-mdc    Doc 67    Filed 09/15/23    Entered 09/16/23 00:31:34    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: 138OBJ | Total Noticed: 18 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2023                         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
 on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

ERIK B. JENSEN
 on behalf of Debtor Ousmane Timera erik@jensenbagnatolaw.com
 jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

KENNETH E. WEST
 ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
 on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

THOMAS SONG
 on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ousmane Timera

    Debtor(s)

Case No: 19−10304−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/13/23

66 − 65
Form 138OBJ